## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 6:22-cr-146 |
| | § | |
| KELLY JASON SMITH | § | |

## VERDICT FORM

As to the offense charged in Count One of the Second Superseding Indictment,

Deprivation of Rights Under Color of Law, we, the Jury, find Kelly Jason Smith:

X

_____        _____

    Guilty                   Not Guilty

As to the offense charged in Count Two of the Second Superseding Indictment,

Falsification of a Document, we, the Jury, find Kelly Jason Smith:

X

_____        _____

    Guilty                   Not Guilty

Date: 6-30-23                    Presiding Juror: ███████████